# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 132 |
| | : | |
| AMENDMENTS OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| PROFESSIONAL CONDUCT AND THE | : | DOCKET |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal to amend the Pennsylvania Rules of Professional Conduct and the Pennsylvania Rules of Disciplinary Enforcement having been published for public comment in the Pennsylvania Bulletin, 44 Pa.B. 6070 (September 27, 2014):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1.7, 1.8, 1.15, and 5.7 are amended in the attached form and new Rule 5.8 is adopted (Annex A) and Rules 208, 213, 215, 217, 218, 219 and 221 of the Pennsylvania Rules of Disciplinary Enforcement are amended in the attached form (Annex B).

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 60 days and shall govern all matters thereafter commenced and, insofar as just and practicable, matters then pending.

The amendments to Rule 217(c) and (d) and the Note after Rule 217(d)(3) shall apply to persons who are formerly admitted attorneys on the effective date of this Order and to persons becoming formerly admitted attorneys on or after the effective date of this Order.

The amendments to Rule 219(d) relating to annual registration of attorneys shall be applicable beginning with the 2015-2016 assessment year.

<u>Note</u>:   Material to be added is bolded and underlined.
               Material to be deleted is bolded and in brackets.